**Fill in this information to identify the case and this filing:**

Debtor Name _____Car Champs, LLC_____

United States Bankruptcy Court for the: ____Central____ District of __CA__
(State)

Case number (*If known*): ____8:16-bk-11629-CB____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __05/11/2016__        ✗  __/s/ Scott Kohn_____
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                       __Scott Kohn_____
                                       Printed name

                                       __Manager_____
                                       Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name   **Car Champs, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)   **8:16-bk-11629-CB**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................. $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................. $ _____ 3,068,028.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................... $ _____ 3,068,028.00

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ $ _____ 1,565,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............ +$ _____ 4,312,707.03

4. **Total liabilities** ................................................................................
   Lines 2 + 3a + 3b                                                                       $ _____ 5,877,707.03

**Fill in this information to identify the case:**

Debtor name  **Car Champs, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)  **8:16-bk-11629-CB**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

20.    **Work in progress**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Car Champs, LLC | Case number (If known) | 8:16-bk-11629-CB |
|--------|-----------------|------------------------|------------------|
|        | Name            |                        |                  |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**
    **1,228 Vehicles - 717**
    **Active Leases and 292**
    **vehicles in various**
    **storage facilities -**
    **average residual value -**
    **$2,892.00 - 292 vehicles**
    **whose value and**
    **whereabouts are**
    **unknown**        5/11/2016        $2,918,028.00                    $2,918,028.00

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    | $2,918,028.00 |

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    Car Champs, LLC                                     Case number (If known)  8:16-bk-11629-CB
          _____                    _____
          Name

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| Trademark:  Car Champs | $0.00 | | unknown |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                        | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties** (whether or not a lawsuit has been filed)
       Claim Against Morseco, LLC and Calamp Telemetric
       Systems, LLC - Pending in LA Superior Court - Case                          $150,000.00
       No. BC512671
       _____
       Nature of claim    Breach of Contract, various
                          causes of Action
       Amount requested               $0.00

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 3

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    __Car Champs, LLC_____    Case number (If known)  __8:16-bk-11629-CB_____
         Name

| Small Claims Judgment against Dondi Acabra in Car Champs v. Arcabra - Case No. MVS1501236 | unknown |
|---|---|
| Nature of claim | |
| Amount requested          $0.00 | |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**    | **$150,000.00** |

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor  __Car Champs, LLC_____     Case number *(If known)* __8:16-bk-11629-CB_____
          Name

**Part 12**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,918,028.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $150,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,068,028.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,068,028.00 |

**Fill in this information to identify the case:**

Debtor name __Car Champs, LLC__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION__

Case number (if known) __8:16-bk-11629-CB__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  London Square Insurance** Creditor's Name **Scott Kohen 18300 Von Karman Ave Ste 410 Irvine, CA 92612-0192** Creditor's mailing address scott@lumpsum-settlement.com Creditor's email address, if known **Date debt was incurred 10/14/2013** Last 4 digits of account number | Describe debtor's property that is subject to a lien **Claim Against Morseco, LLC and Calamp Telemetric Systems, LLC - Pending in LA Superior Court - Case No. BC512671** Describe the lien **Note** Is the creditor an insider or related party? ☐ No ■ Yes Is anyone else liable on this claim? ☐ No ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $1,425,000.00 | $2,918,028.00 |
| Do multiple creditors have an interest in the same property? ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **2.2  Wells Fargo Bank, N.A.** Creditor's Name **199 S Los Robles Ave # 600 Pasadena, CA 91101-2459** Creditor's mailing address Creditor's email address, if known **Date debt was incurred** Last 4 digits of account number | Describe debtor's property that is subject to a lien Describe the lien Is the creditor an insider or related party? ■ No ☐ Yes Is anyone else liable on this claim? ■ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $140,000.00 | $0.00 |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 2

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Car Champs, LLC** _____   Case number (if known)   **8:16-bk-11629-CB** _____
         Name

☑ No                        ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

_____

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $1,565,000.00 |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Car Champs, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)  **8:16-bk-11629-CB**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☒ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Aames Associates**<br><br>**115 W California Blvd**<br>**Pasadena, CA 91105-3005**<br>Date(s) debt was incurred  03/13/2015<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Repossession Services**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$6,775.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Ad Leverage**<br><br>**1710 N Moorpark Rd # 52**<br>**Thousand Oaks, CA 91360-5133**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$27,500.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Aegis Security Insurance Company**<br>**c/o Gascou Hopkin, LLP**<br>**9696 Culver Blvd # 302**<br>**Culver City, CA 90232-2759**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☒ No  ☐ Yes | **unknown** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Aegis Security Insurance Company**<br>**Christain J. Gascou**<br>**9696 Culver Blvd # 302**<br>**Culver City, CA 90232-2759**<br>Date(s) debt was incurred  02/12/2016<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lawsuit - Case No. BC603966**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **unknown** |

| Debtor | Car Champs, LLC | Case number (if known) | 8:16-bk-11629-CB |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00

American Office Furniture

☐ Contingent
☐ Unliquidated
☐ Disputed

1008 Fuller St
Santa Ana, CA 92701-4213

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,700.00

Aramark Riverside

☐ Contingent
☐ Unliquidated
☐ Disputed

1135 Hall Ave
Riverside, CA 92509-1870

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00

Auto Zone

☐ Contingent
☐ Unliquidated
☐ Disputed

1404 Hamner Ave
Norco, CA 92860-2937

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329,700.00

Barnes & Thornburg, LLP

☐ Contingent
☐ Unliquidated
☒ Disputed

1 N Wacker Dr # 4400
Chicago, IL 60606-2841

Date(s) debt was incurred __

Basis for the claim: Professinal Services

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,958.00

Battery Systems, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

12322 Monarch St
Garden Grove, CA 92841-2909

Date(s) debt was incurred  10/31/2015

Basis for the claim: Trade Debt

Last 4 digits of account number  8436

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

Brian & Juliaanne Hamstrom
c/o Freeburg, Nettles & Shaldenbrand
600 S Lake Ave
Pasadena, CA 91106-3955

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00

Capital Recovery Corporation

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 1008
Alpharetta, GA 30009-1008

Date(s) debt was incurred __

Basis for the claim: Collection Services

Last 4 digits of account number __

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Car Champs, LLC | Case number (if known) | 8:16-bk-11629-CB |
|---|---|---|---|
| | Name | | |

**3.12** Nonpriority creditor's name and mailing address

**Cash Flow Outsourcing Service, Inc.**
Meralco Ave. cor Onyx Rd. Ortigas Center
33rd Floor Unionbank Plaza
Pasig City, Philippines

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$2,252,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

**Certified Tire & Service Center, Inc.**

1875 Iowa Ave
Riverside, CA 92507-7410

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$14,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**Davon Hamilton**

6401 Warner Ave # 140
Huntington Beach, CA 92647-5111

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Lawsuit: Case No. 2014724176CJC**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Dennys Menjivar
Tobin Lucks, LLP**
1 Macarthur Pl # 700
Santa Ana, CA 92707-5947

Date(s) debt was incurred __

Last 4 digits of account number  **2533**

As of the petition filing date, the claim is: *Check all that apply.*    **unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workers Compensation Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**Everest Business Funding**

2001 NW 107th Ave
Miami, FL 33172-2507

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$25,200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

**Franchise Tax Board**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Fumble Recovery, Inc.**

PO Box 65917
Los Angeles, CA 90065-0917

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$78,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Car Champs, LLC**                                     Case number (if known)   **8:16-bk-11629-CB**
         <u>Name</u>

---

**3.19**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **$1,500,000.00**
           **Future Income Payments**                             ☐ Contingent
           **Scott Kohn**                                         ☐ Unliquidated
           **18300 Von Karman Ave Ste 410**                       ☐ Disputed
           **Irvine, CA 92612-0192**
           Date(s) debt was incurred __                           Basis for the claim:  <u>Note</u>
           Last 4 digits of account number __                     Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.20**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **unknown**
           **Global Merchant Cash, Inc.**                         ☐ Contingent
                                                                  ☐ Unliquidated
           **64 Beaver St # 415**                                 ☒ Disputed
           **New York, NY 10004-2508**
           Date(s) debt was incurred __                           Basis for the claim: __
           Last 4 digits of account number __                     Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.21**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **unknown**
           **Kings Cash Group**                                   ☐ Contingent
                                                                  ☐ Unliquidated
           **64 Beaver St # 415**                                 ☒ Disputed
           **New York, NY 10004-2508**
           Date(s) debt was incurred __                           Basis for the claim: __
           Last 4 digits of account number __                     Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.22**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **unknown**
           **Leanardo Garcia**                                    ☐ Contingent
           **Craig Holiday**                                      ☐ Unliquidated
           **1 Macarthur Pl # 700**                               ☐ Disputed
           **Santa Ana, CA 92707-5947**
           Date(s) debt was incurred __                           Basis for the claim:  <u>Workers Compensation Claim</u>
           Last 4 digits of account number  <u>2212</u>           Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.23**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **$16,475.95**
           **Littler Mendelson**                                  ☐ Contingent
                                                                  ☐ Unliquidated
           **PO Box 45547**                                       ☐ Disputed
           **San Francisco, CA 94145-0547**
           Date(s) debt was incurred __                           Basis for the claim:  <u>Professional Services</u>
           Last 4 digits of account number __                     Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.24**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **$5,000.00**
           **Los Angeles Times**                                  ☐ Contingent
                                                                  ☐ Unliquidated
           **202 W 1st St**                                       ☐ Disputed
           **Los Angeles, CA 90012-4299**
           Date(s) debt was incurred __                           Basis for the claim: __
           Last 4 digits of account number __                     Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.25**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        **$11,000.00**
           **One Stop Parts Service**                             ☐ Contingent
                                                                  ☐ Unliquidated
           **3333 Harrison St # 1-5**                             ☐ Disputed
           **Riverside, CA 92503-5543**
           Date(s) debt was incurred __                           Basis for the claim: __
           Last 4 digits of account number __                     Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **Car Champs, LLC**
_____
Name

Case number (if known)   **8:16-bk-11629-CB**
_____

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,700.00 |

**Southern California Edison**

☐ Contingent
☐ Unliquidated
☐ Disputed

2244 Walnut Grove Ave
Rosemead, CA 91770-3714

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Utilities

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |

**Stephen J. Donnel**

☐ Contingent
☐ Unliquidated
☑ Disputed

12121 Wilshire Blvd # 1120
Los Angeles, CA 90025-1164

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Receivership Fees

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |

**Sterling Asset Recovery**

☐ Contingent
☐ Unliquidated
☐ Disputed

14626 Titus St
Van Nuys, CA 91402-4977

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Repo Services

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |

**Sterling Asset Recovery, Inc.**
Christian J. Gascou
9696 Culver Blvd # 302
Culver City, CA 90232-2759

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** 02/12/2016

**Last 4 digits of account number** __

**Basis for the claim:** Lawsuit - Case No. BC603966

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,000.00 |

**Terri A Else**

☐ Contingent
☐ Unliquidated
☑ Disputed

11101 S Mariposa Ave
Los Angeles, CA 90044-1413

**Date(s) debt was incurred** __

**Last 4 digits of account number** 8519

**Basis for the claim:** Breach of Contrct Claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**U.S. HealthWorkd**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 50042
Los Angeles, CA 90074-0042

**Date(s) debt was incurred** __

**Last 4 digits of account number** 08CA

**Basis for the claim:** Medical Services

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.96 |

**US Bank**
Montebello
1611 W Beverly Blvd Ofc
Montebello, CA 90640-3931

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 02/22/2016

**Last 4 digits of account number** 8397

**Basis for the claim:** Bank Overdraft

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Car Champs, LLC**
     Name

Case number (if known)    **8:16-bk-11629-CB**

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,804.12 |
|---|---|---|---|

**US Bank**

PO Box 5227
Cincinnati, OH 45202-5227

Date(s) debt was incurred __04/14/2016__

Last 4 digits of account number __8405__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Overdraft__

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,300.00 |
|---|---|---|---|

**WEX Bank**

7090 S Union Park Ave # 1350
Midvale, UT 84047-4156

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**WORLDPAC, Inc.**

37137 Hickory St
Newark, CA 94560-3340

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 4,312,707.03 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 4,312,707.03 |

Fill in this information to identify the case:

Debtor name    **Car Champs, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)   **8:16-bk-11629-CB**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official
Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessor of approximately 1,228 Vehicles** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Various** |

**Fill in this information to identify the case:**

Debtor name    **Car Champs, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)    **8:16-bk-11629-CB**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **AAA Auto Lease to Own Holdings, LLC** | | **London Square Insurance** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name        **Car Champs, LLC**

United States Bankruptcy Court for the:        CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)        **8:16-bk-11629-CB**

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write
the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

    **Identify the beginning and ending dates of the debtor's fiscal year,**          Sources of revenue              Gross revenue
    **which may be a calendar year**                                                    Check all that apply             (before deductions and
                                                                                                                         exclusions)

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and
    royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

                                                                                Description of sources of revenue        Gross revenue from
                                                                                                                         each source
                                                                                                                         (before deductions and
                                                                                                                         exclusions)

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this
    case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years
    after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    **Creditor's Name and Address**                      Dates              Total amount of value        Reasons for payment or transfer
                                                                                                          *Check all that apply*

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or
    cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be
    adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3.
    *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their
    relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    **Insider's name and address**                       Dates              Total amount of value        Reasons for payment or transfer
    **Relationship to debtor**

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a
    foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Car Champs, LLC** _____     Case number _(if known)_  **8:16-bk-11629-CB** _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Future Income Payments, LLC et. al. v. Walter E. Simmonds, et. al. BC602144 | Declaratory Relief, Imposition of Constructive Trust, Conversion, Possession of Personal Property, Claim and Delivery, etc. | Los Angeles Couty Superior Court 111 N Hill St Los Angeles, CA 90012-3117 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. Beltran v. Car Champs, LLC RIC150688 | Wrongful Termination | Riverside County Superior Court 4050 Main St Riverside, CA 92501-3702 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. Car Champs v. Abarca MVS1501236 | Small Claims | Riverside County Superior Court 13800 Heacock St Moreno Valley, CA 92553-3339 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. Fumble Reovery v. Car Champs, LLC BC595391 | Collections | Los Angeles County Superior Court 111 N Hill St Los Angeles, CA 90012-3117 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. Julianne Hamstrom v. Mandel Johnson 30-2015-00782071-CU-OA-CJC | PI/PD/WD - Auto | Orange County Superior Court 700 W Civic Center Dr Santa Ana, CA 92701-4045 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. Joe Arrelano v. Fumble Recovery, et. al. 2:15-cv-02239-CAS-VBK | Fair Debt Collection Practices Act. | Calfiornia Central Distict - Western Div 255 E Temple St Los Angeles, CA 90012-3332 | ☐ Pending ☐ On appeal ■ Concluded |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Car Champs, LLC**                                    Case number (if known)  **8:16-bk-11629-CB**

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | La Joya Corp. v. Car Champs, LLC 37-2015-00326209-SC-SC-CTL | Small Claims | San Diego Superior Court 8950 Clairemont Mesa Blvd San Diego, CA 92123-1104 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.8. | Sterling Asset Recovery, Inc. v. Car Champs, et. al. BC603966 | Breach of Contract | Los Angeles County Superior Court 111 N Hill St Los Angeles, CA 90012-3117 | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Stephen J. Donnel 12121 Wilshire Blvd # 1120 Los Angeles, CA 90025-1164 | **Substantially All of Debtor's Assets** | $2,918,028.00 |

| | Case title | Court name and address |
|---|---|---|
| | Future Income Payments, et al. v. Walter E. Simmons, et. al. | Court 111 N Hill St Los Angeles, CA 90012-3117 |
| | Case number BC602133 | |
| | Date of order or assignment 03/17/2016 | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Car Champs, LLC**                                    Case number *(if known)*  **8:16-bk-11629-CB**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   **416 S Atlantic Blvd** **Los Angeles, CA 90022-2618** | **2013-2015** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Car Champs, LLC**

Case number *(if known)*  **8:16-bk-11629-CB**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Car Champs, LLC**                                    Case number *(if known)*  **8:16-bk-11629-CB**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|                       |                                     | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service
From-To |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **Car Champs, LLC**                                            Case number *(if known)*  **8:16-bk-11629-CB**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Scott Alan Kohn | 18300 Von Karman Ave Ste 410 Irvine, CA 92612-0192 | Manager | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Walter E. Simmonds | 18101 Von Karman Ave # 1200 Irvine, CA 92612-7119 | 06/2013 - 11/2015 | Manager |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

Debtor   **Car Champs, LLC**                                    Case number *(if known)*  **8:16-bk-11629-CB**

correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 11, 2016**

**/s/ Scott Kohn**                                    **Scott Kohn**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number *(if known)*    **8:16-bk-11629-CB**          Chapter    **11**

☐ Check if this an amended
filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For
more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Car Champs, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-2481524** |

4.  Debtor's address

**Principal place of business**

**18300 Von Karman Ave
Ste 410
Irvine, CA 92612-0192**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  Debtor's website (URL)

6.  Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor    **Car Champs, LLC**
_____    Case number (*if known*)  **8:16-bk-11629-CB**
Name

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **441120**

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

Debtor    **Car Champs, LLC**
     Name

Case number (*if known*)  **8:16-bk-11629-CB**

---

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____

           Contact name  _____

           Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Car Champs, LLC
_____
Name

Case number (*if known*)    **8:16-bk-11629-CB**

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 11, 2016**
_____
MM / DD / YYYY

X    **/s/ Scott Kohn**
_____
Signature of authorized representative of debtor

**Scott Kohn**
_____
Printed name

Title    **Manager**
_____

---

**18. Signature of attorney**

X    **/s/ Benjamin Nachimson**
_____
Signature of attorney for debtor

Date    **May 11, 2016**
_____
MM / DD / YYYY

**Benjamin Nachimson**
_____
Printed name

**Woolf & Nachimson, LLP**
_____
Firm name

**15300 Ventura Blvd # 214**
**Sherman Oaks, CA 91403-5828**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(310) 474-8776**    Email address    **ben.nachimson@wnlawyers.com**

**166690**
_____
Bar number and State

Fill in this information to identify the case:

Debtor name    **Car Champs, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)    **8:16-bk-11629-CB**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 11, 2016**            X **/s/ Scott Kohn**
                                            Signature of individual signing on behalf of debtor

                                            **Scott Kohn**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re  **Car Champs, LLC** _____     Case No.  **8:16-bk-11629-CB**
                                    Debtor(s)              Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐  **FLAT FEE**

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ _____ |
    | Prior to the filing of this statement I have received | $ _____ |
    | Balance Due | $ _____ |

    ■  **RETAINER**

    | | |
    |---|---|
    | For legal services, I have agreed to accept and received a retainer of | $      **25,000.00** |
    | The undersigned shall bill against the retainer at an hourly rate of | $      **25,000.00** |

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
    fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):   **Future Income Payments, LLC**

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
    firm.

    ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. .

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Postpetition Services**

In re    Car Champs, LLC                                      Case No.    8:16-bk-11629-CB
_____            _____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 11, 2016**                           **/s/ Benjamin Nachimson**
_____            _____
*Date*                                      **Benjamin Nachimson**
                                           *Signature of Attorney*
                                           **Woolf & Nachimson, LLP**

                                           **15300 Ventura Blvd # 214**
                                           **Sherman Oaks, CA 91403-5828**
                                           **(310) 474-8776   Fax: (310) 919-3779**
                                           **ben.nachimson@wnlawyers.com**
                                           _____
                                           *Name of law firm*

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

### United States Bankruptcy Court
#### Central District of California, Santa Ana Division

Case No. 8:16-bk-11629-CB

IN RE:

Chapter 11

Car Champs, LLC

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| | 0 | Preferred Stockholder |

Cash Flow Investment Partners, LLC
18300 Von Karman Ave # 410
Irvine, CA  92612-0192

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)